UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| IAN C. MOSS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BANK OF AMERICA CORP. and )<br>FIA CARD SERVICES, N.A., )<br>)<br>Defendants. )<br>_____) | Civil Action No. _____ |

## NOTICE OF REMOVAL

Defendant FIA CARD SERVICES, N.A., (hereafter "Defendant"), files this Notice of Removal pursuant to 28 U.S.C. §§ 1331, 1441, and 1446. In support of removal, Defendant states as follows:

1. Plaintiff has filed a lawsuit against FIA Card Services, N.A. in the Superior Court of the District of Columbia, captioned *Ian C. Moss v. Bank of America Corp. and FIA Card Services, N.A.*, Case No. 2014 CA 003951 B (the "State Court Action" or "Complaint"). A copy of the Complaint is attached as Exhibit A.

2. As more fully set forth below, this case is properly removed to this Court pursuant to 28 U.S.C. § 1441 because the Defendants have satisfied the procedural requirements for removal, and this court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §1441 and U.S.C. § 1331.

I.      **Defendant Has Satisfied the Procedural Requirements for Removal.**

1.      <u>Removal is timely.</u> This Notice of Removal is being filed within 30 days of the first date on which Defendant may have received a copy of the Complaint, and so it is timely pursuant to 28 U.S.C. § 1446(b).

2.      Defendant attaches hereto a copy of all pleadings and other papers in this case pursuant to 28 U.S.C. § 1446(a). *See* Exhibit A.

3.      No further proceedings have occurred in the state court action.

4.      No previous application has been made for the relief requested herein.

5.      Co-Defendant Bank of America, N.A. consents to this removal.

6.      <u>Venue is proper.</u> The Superior Court of the District of Columbia is located within the United States District Court of the District of Columbia, and, therefore, venue is proper in this Court pursuant to 28 U.S.C. § 110 because it is "the district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

7.      The written notice required by 28 U.S.C. § 1446(d) will be promptly filed in the Superior Court of the District of Columbia and served on Plaintiff.

II.     **Federal Question Jurisdiction**

1.      The Complaint seeks damages for alleged violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq*. *See* Complaint ¶¶ 49-56.

2.      This Court has original subject matter jurisdiction over this action under 28 U.S.C. § 1331 because this action involves the interpretation of the laws of the United States.

3.      This Court has supplemental jurisdiction over Plaintiff's joined state law claim, pursuant to 28 U.S.C. §§ 1367 and 1441(c).

4.      No proceedings have occurred in the State court action.

- 3 -

5. This case is therefore removable under 28 U.S.C. § 1441(a).

6. For the foregoing reasons, this Court has jurisdiction over this matter.

WHEREFORE, Defendant respectfully removes this action from the Superior Court of the District of Columbia to this Court pursuant to 28 U.S.C. §§ 1441 and 1331.

Dated:  August 27, 2014                                   Respectfully submitted,

                                                                               FIA CARD SERVICES, N.A.

                                                                               By Counsel

REED SMITH LLP


__/s/  Stephen T. Fowler_____
Stephen T. Fowler (D.C. Bar #478246)
Stacey C. Forbes (D.C. Bar #1003321)
3110 Fairview Park Drive Suite 1400
Falls Church, Virginia  22042
(703) 641-4200
(703) 641-4340 FAX
sfowler@reedsmith.com
sforbes@reedsmith.com
*Counsel for FIA Card Services, N.A.*
*and Bank of America, N.A.*

## CERTIFICATE OF SERVICE

      I hereby certify that on August 27, 2014, a true and correct copy of the foregoing Notice of Removal will be filed with the Court's CM/ECF Filing System with electronic notice sent to the following:

> Steven M. Oster
> Oster Law Firm
> 1850 M Street, N.S., Suite 280
> Washington, D.C.  20036
> (202) 596-5291 (p)
> (202) 747-5862 (f)
> steve@osterlawfirm.com

> /s/ *Stephen T. Fowler*
> Stephen T. Fowler (D.C. Bar #478246)
> Stacey C. Forbes (D.C. Bar #1003321)
> 3110 Fairview Park Drive Suite 1400
> Falls Church, Virginia  22042
> (703) 641-4200
> (703) 641-4340 FAX
> sfowler@reedsmith.com
> sforbes@reedsmith.com
> *Counsel for Defendant*
> *FIA Card Services, N.A.*
> *and Bank of America, N.A.*